Affidavit of PROCESS SERVER

## US DISTRICT CENTRAL - UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

Case Number 25-CV-3145

**ADAM M. DEWITT**

v.

**JACOB LONGWELL, INDIVUIDALLY AND AS AGENT OF THE CITY OF HILLSBORO IL, AND THE CITY OF HILLSBORO, ILLINOIS**

I, **DAVID M. DURBIN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION AND IS A REGISTERED EMPLOYEE OF KEVIN W MCCLAIN INVESTIGATIONS, LTD IL LICENSES # 117-001005 / 115-001446 AND PURSUANT TO 735 ILCS 5/2-202

### CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS IN A CIVIL ACTION AND COMPLAINT |
| ON THE WITHIN NAMED DEFENDANT | CITY OF HILLSBORO, ILLINOIS |
| PERSON SERVED | JACOB LONGWELL, EMPLOYEE AUTHORIZED TO ACCEPT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 7/2/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex | MALE | Race | | Age | 30S |
| Height | 6'3" | Build | AVERAGE | Hair | BALD |

LOCATION OF SERVICE  447 S MAIN ST, #5
HILLSBORO, ILLINOIS 62049

Service GPS  -89.49294 39.15755
Date Of Service  7/2/2025
Time  1:27 PM

DAVID M. DURBIN  7/8/2025
PROCESS SERVER  PERC #129.261130

NOTARY PUBLIC SWORN AND SUBSCRIBED THIS
THE ___ DAY OF July 2025

JEFFREY MC CLAIN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 11, 2025

*19665A*

Law Firm ID: **HARVEY & STUCKEL CHARTERED**   Firm #   Case Return Date: **07/23/2025**