Affidavit of PROCESS SERVER

## US DISTRICT CENTRAL - UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

Case Number 25-CV-3145

**ADAM M. DEWITT**

v.

**JACOB LONGWELL, INDIVUIDALLY AND AS AGENT OF THE CITY OF HILLSBORO IL, AND THE CITY OF HILLSBORO, ILLINOIS**

**I, DAVID M. DURBIN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION AND IS A REGISTERED EMPLOYEE OF KEVIN W MCCLAIN INVESTIGATIONS, LTD IL LICENSES # 117-001005 / 115-001446 AND PURSUANT TO 735 ILCS 5/2-202

## PERSONAL SERVICE

| | | |
|---|---|---|
| THAT I SERVED THE WITHIN | SUMMONS IN A CIVIL ACTION AND COMPLAINT | |
| ON THE WITHIN NAMED DEFENDANT | OFFICER JACOB LONGWELL | |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY | | 7/2/2025 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sex** | MALE | **Race** | WHITE | **Age** | 30S | | |
| **Height** | 6'3" | **Build** | AVERAGE | **Hair** | BALD | | |

LOCATION OF SERVICE 447 S MAIN ST, #5
HILLSBORO, ILLINOIS 62049

Service GPS -89.49296 39.15753
Date Of Service 7/2/2025
Time 1:26 PM

DAVID M. DURBIN 7/8/2025
PROCESS SERVER PERC #129.261130

NOTARY PUBLIC SWORN AND SUBSCRIBED THIS
THE ___ DAY OF JULY 2025

JEFFREY MC CLAIN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
October 11, 2025

Total: $190.00



Law Firm ID: HARVEY & STUCKEL CHARTERED    Firm #    Case Return Date: 07/23/2025