IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ADAM M. DEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:25-cv-03145-CRL-DJQ |
| v. | ) | |
| | ) | |
| JACOB LONGWELL, | ) | |
| Individually and as agent | ) | |
| of the CITY OF HILLSBORO, | ) | |
| STATE OF ILLINOIS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED FRCP 26(f) PROPOSED DISCOVERY PLAN**

NOW COMES, **ADAM M. DEWITT** (Plaintiff), by and through his undersigned counsel, J. Kevin Wolfe, Esq. HARVEY & STUCKEL, CHARTERED, and Alan Pretnar, Esq. PRETNAR & BILLINGTON LAW OFFICE, LLC, **CITY OF HILLSBORO** (Defendant Hillsboro), by and through its undersigned counsel, Michael Victor, Esq. IFMK LAW, LTD., and **JACOB LONGWELL** (Defendant Longwell), by and through its undersigned counsel, KERRY BANAHAN, Esq. EVANS & DIXON, LLC and Kirk Laudeman, Esq. Sorling Northrup, and for their FRCP 26(f) PROPOSED DISCOVERY PLAN, state as follows:

**I.      Proposed Discovery Plan.**

| | |
|---|---|
| Date for Rule 26 Disclosures | 10/24/2025 |
| Amendment of the pleadings: | 04/03/2026 |
| Joining of additional parties: | 04/03/2026 |
| Date to Issue First Round of Written Discovery | 11/21/2025 |
| Non-Expert Fact Discovery Completion | 04/24/2026 |
| Plaintiff's Expert(s) Disclosed | 05/29/2026 |

| | |
|---|---|
| Plaintiff's Expert(s) Report(s) | 06/12/2026 |
| Plaintiff's Expert(s) Deposed | 07/31/2026 |
| Defendants' Expert(s) Disclosed | 08/28/2026 |
| Defendants' Expert(s) Report(s) | 09/11/2026 |
| Defendants' Expert(s) Deposed | 10/30/2026 |
| Date to Complete All Discovery | 12/11/2026 |
| Dispositive Motion Filing Dates | 01/15/2027 |

Respectfully submitted,

**JACOB LONGWELL**

By: */s/ Kerry Banahan*
James E. Godfrey, Jr., #6191771
Kerry B. Banahan, #6208819
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: (314) 621-7755
Facsimile: (314) 621-3136
jgodfrey@evans-dixon.com
kbanahan@evans-dixon.com

**JACOB LONGWELL**

By: */s/ Kirk W. Laudeman*
Kirk W. Laudeman
Brian Daniel Lee
SORLING NORTHRUP
1 N. Old State Capitol Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705
Telephone: 217-544-1144
Fax: 217-522-3173
kwlaudeman@sorlinglaw.com
bdlee@sorlinglaw.com

**CITY OF HILLSBORO**

By: */s/ Michael J. Victor*
Michael J. Victor #6297846
Joseph D. Bracey, Jr. #6322428
Hoseuk Kim, #6349370
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (708) 621-5538
mvictor@ifmklaw.com

**ADAM M. DeWITT**

By:*/s/J. Kevin Wolfe*
J. Kevin Wolfe
Harvey Stuckel, Chtd.
2809 W. Willow Knolls Drive, Suite B
Peoria, Illinois 61614
Telephone: 309-671-4900
Fax: 309-671-5473
jkwolfe@hslaw.us