UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ADAM M. DEWITT,<br><br>      Plaintiff,<br><br>v.<br><br>JACOB LONGWELL, Individually and as agent of the CITY OF HILLSBORO, ILLINOIS, *et al.*,<br><br>      Defendants. | No. 3:25-cv-03145-CRL-DJQ |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2025, a copy of *Defendant Jacob Longwell's Interrogatories to Plaintiff* and *Defendant Jacob Longwell's Request to Produce to Plaintiff* was sent via electronic mail to the following:

Mr. J. Kevin Wolfe (jkwolfe@hslaw.us)
Harvey & Stuckel, Chtd.
2809 West Willow Knolls Drive, Suite B
Peoria, IL  61614

Mr. Alan Pretnar (apretnar@tslawoffice.com)
Pretnar & Billington Law Office, LLC
510 Hillsboro Street
Taylor Springs, IL  62089

Mr. Michael J. Victor (mvictor@ifmklaw.com)
IFMK Law, Ltd.
Edens Corporate Center
650 Dundee Road, Suite 475
Northbrook, IL  60062

Mr. James E. Godfrey, Jr. (jgodfrey@evans-dixon.com)
Ms. Kerry Banahan Dagestad (kbanahan@evans-dixon.com)
Evans & Dixon
Metropolitan Square
211 North Broadway, Suite 2500
St. Louis, MO  63102-2727

I hereby further certify that on November 21, 2025, I electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system.

        JACOB LONGWELL, individually and as agent of the City of Hillsboro, Illinois, Defendant

        By: s/Kirk W. Laudeman
            Kirk W. Laudeman, #6204915
            Brian Daniel Lee, #6313332
            Sorling Northrup
            1 N. Old State Capitol Plaza, Suite 200
            P.O. Box 5131
            Springfield, IL  62705
            Telephone:  217-544-1144
            Fax:  217-522-3173
            E-Mail: kwlaudeman@sorlinglaw.com
            E-Mail: bdlee@sorlinglaw.com